## OPINIONS PER CURIAM, ETC., FROM MAY 4 TO JUNE 2, 1903.

No. 279. MINNEAPOLIS AND ST. LOUIS RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* DAVID D. GANO ET AL. In error to the Supreme Court of the State of Iowa. Submitted May 1, 1903. Decided May 4, 1903. *Per Curiam.* Judgment affirmed with costs and interest, on the authority of *Electric Company* v. *Dow*, 166 U. S. 489; *Railroad Company* v. *Matthews*, 174 U. S. 96; *St. Louis etc. Railway Company* v. *Paul*, 173 U. S. 404. See 114 Iowa, 713. *Mr. Albert E. Clarke* for plaintiff in error. No brief filed for defendants in error.

No. 285. GEORGE E. GEE, PLAINTIFF IN ERROR, *v.* HENRY D. GEE. In error to the Supreme Court of the State of Minnesota. Submitted May 1, 1903. Decided May 4, 1903. *Per Curiam.* Writ of error dismissed for the want of jurisdiction, on the authority of *Beaupré* v. *Noyes*, 138 U. S. 402; *Haseltine* v. *Central Bank of Springfield*, 183 U. S. 130. See 84 Minnesota, 384. *Mr. Thomas G. Frost* for plaintiff in error. *Mr. Leon E. Lum* and *Mr. J. L. Washburn* for defendant in error.

No. —. Original. *Ex parte.* IN THE MATTER OF HELEN POST, PETITIONER. Submitted May 4, 1903. Decided June 1, 1903. *Per Curiam.* Motion for leave to file petition for a writ of *habeas corpus* denied, on the authority of *Ex parte Mirzan*, 119 U. S. 584; *In re Chapman*, 156 U. S. 211; *In re Belt*, 159 U. S. 95. *Mr. H. Bisbee* and *Mr. George C. Bedell* for petitioner. *Mr. Assistant General Purdy* opposing.